UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**U.S.A. vs. Demetrius J. Roberson**　　　　　　　　　　　　　　　　**Docket No. 5:13-CR-249-4D**

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Demetrius J. Roberson, who, upon an earlier plea of guilty to Conspiracy to Pass Counterfeit Obligations of the United States, in violation of 18 U.S.C. § 371, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on March 3, 2014, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Demetrius J. Roberson was released from custody on February 6, 2015, at which time the term of supervised release commenced in the Eastern District of New York (EDNY).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 22, 2015, the court was advised via memorandum initiated by the EDNY that the defendant was arrested in New York on March 27, 2015, for felony Possession of a Forged Instrument in the 2nd Degree. The EDNY recommended that Roberson be continued on supervision to allow the local charge to proceed unimpeded and to initiate transfer of jurisdiction. Additionally, in the commission of this offense, Roberson traveled outside of the district without permission of the probation office and failed to pay restitution as directed. The defendant has subsequently pled guilty to the reduced charge of misdemeanor Possession of a Forged Instrument and was sentenced to 3 years of probation. Transfer of jurisdiction has been delayed in this case, but as a sanction for this conduct, the EDNY has recommended the defendant complete 5 months of the home detention program with electronic monitoring. Roberson is attending college and has secured part-time employment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 5 months. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to electronic monitoring and abide by all program requirements, instructions, and procedures provided by the supervising officer. During this period, the defendant may be placed on a curfew if the probation office determines that this less restrictive form of monitoring is appropriate. The defendant shall pay all of the costs associated with the program.

Except as herein modified, the judgment shall remain in full force and effect.

Demetrius J. Roberson
Docket No. 5:13-CR-249-4D
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: March 22, 2016

### ORDER OF THE COURT

Considered and ordered this **24** day of **March**, 2016 and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge